IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROSENDO ZAMORA ET AL., | § § § § | |
| V. | § | CIVIL ACTION NO. 2:13-CV-00326 |
| BAKER HUGHES INCORPORATED | § § § § | |

## ADVISORY TO THE COURT BY PLAINTIFF(S)

In accordance with the Court's previous order requiring the submission of a notice regarding the election of proceeding before a United States Magistrate Judge:

Please be advised that the below named plaintiff(s) elect(s) NOT to conduct the trial in this case before a Unites States Magistrate Judge:

ROSENDO ZAMORA, ET AL.   By: _____
Plaintiff                                Attorney - Adam Poncio


_____   By: _____
Plaintiff                                Attorney


_____   By: _____
Plaintiff                                Attorney