IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROSENDO ZAMORA ET AL., | § § § § | |
| vs. | § | CIVIL ACTION NO. 2:13-CV-00326 |
| BAKER HUGHES INCORPORATED | § § § § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, ROSENDO ZAMORA, ET AL., files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Rosendo Zamora, Plaintiff, individually and on behalf of all other similarly situated present and former employees who were not paid earned overtime.

2. Adam Poncio, Lead Counsel for Plaintiff

3. Poncio Law Offices, P.C., Counsel for Plaintiff

4. Chris McJunkin, Counsel for Plaintiff

5. Baker Hughes Incorporated, Defendant

Respectfully Submitted

By: _____
ADAM PONCIO
State Bar No. 16109800
Southern District I.D. 194847
PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile:(210) 212-5880

Chris McJunkin
State Bar No. 13686525
Southern District ID No. 23548
2842 Lawnview
Corpus Christi, Texas 78404
Telephone: (361) 882-5747
Facsimile: (361) 882-8926

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on the day of __6th__ day of __November__, 2013, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served on the following interested parties:

Baker Hughes Incorporated
c/o: CT Corporation System
350 N. St. Paul, Suite 2900
Dallas, Texas 75201-4234

_____
**ADAM PONCIO**